Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Michael Watson,<br><br>        Defendant. | Case No. 2:19-mj-00771-NJK<br><br>**First Stipulation to Continue Sentencing Hearing** |

The parties jointly request that the Court vacate the February 26, 2020, sentencing hearing and continue it for at least 45 days because:

1. Defense counsel needs additional time to prepare for the sentencing hearing

2. Mr. Watson is in custody and agrees to the continuance.


DATED: February 11, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|   */s/ Erin Gettel*<br>By:_____<br> Erin Gettel<br> Assistant Federal Public Defender<br> Counsel for Robert Ondrick |   */s/ Rachel Kent*<br>By:_____<br> Rachel Kent<br> Special Assistant United States Attorney<br> Counsel for United States |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Michael Watson,<br><br>        Defendant. | Case No. 2:19-mj-00771-NJK<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing**<br><br>(Docket No. 34) |

     Based on the pending stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing in order to allow defense counsel additional time to prepare for sentencing. The Court therefore GRANTS the parties' stipulation. Docket No. 34.

     IT IS THEREFORE ORDERED that the sentencing currently scheduled for February 26, 2020, at 8:00 a.m., is vacated and continued to April 1, 2020, at 8:45 a.m.

     DATED: February __11__, 2020.

                                                                     Nancy J. Koppe<br>
                                                                      United States Magistrate Judge