# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff(s),<br>v.<br>MICHAEL ANDREW WATSON,<br>　　Defendant(s). | Case No.: 2:19-mj-00771-NJK<br><br>**Order** |

The Court previously set a status conference in this case for November 4, 2020. Docket No. 55. Due to conflicting duties of the Court, the status conference is hereby CONTINUED to 11:00 a.m. on November 17, 2020.

IT IS SO ORDERED.

Dated: September 9, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1