Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Michael Watson,<br><br>　　　　　Defendant. | Case No.  2:19-mj-00771-NJK<br><br>**First Stipulation to Continue Status Conference** |

　　　The parties jointly request that the Court continue the status check currently set for December 2, 2020, to December 7, 2020, or later so that defense counsel can complete medical quarantine and safely appear in person.

　　　DATED: November 30, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| By: */s/ Erin Gettel*_____ | By: */s/ Rachel Kent*_____ |
| Erin Gettel<br>Assistant Federal Public Defender<br>Counsel for Michael Watson | Rachel Kent<br>Special Assistant United States Attorney<br>Counsel for United States |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:19-mj-00771-NJK |
|---|---|
| Plaintiff, | **Order Granting First Stipulation to Continue Status Conference** |
| v. | |
| Michael Watson, | |
| Defendant. | |

    Based on the pending stipulation of counsel, the Court finds that good cause exists to continue the status check from December 2, 2020, at 11:00 a.m. to December 7, 2020, at 11:00 a.m., in Courtroom 3C.

    DATED: December 1, 2020.

_____
Nancy J. Koppe
United States Magistrate Judge